# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

JAMIE ISHISAKA,

    Plaintiff,

vs.

VISION FINANCIAL CORP.,

    Defendant.

Case No: 1:09-cv-01879-OWW-SKO

**ORDER OF DISMISSAL**

Based upon the Voluntary Dismissal filed by Plaintiff and pursuant to Fed. R. Civ. P. 41(a)(1)(A), the above reference matter is hereby dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: July 14, 2010

    /s/ OLIVER W. WANGER
    UNITED STATES DISTRICT JUDGE

1

Order

PDF created with pdfFactory trial version www.pdffactory.com